UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MADONNA NASSER ADEEB RAMSIS | § § § | |
| v. | § | CIVIL NO. 4:22-CV-394-SDJ |
| | § | |
| FRANCISCO JAVIER GONZALEZ GARCIA | § § § | |

**FINAL JUDGMENT**

On this date, the Court granted Respondent Francisco Javier Gonzalez Garcia's Motion to Dismiss. (Dkt. #3). As nothing remains to resolve, the Court renders final judgment under Federal Rules of Civil Procedure 54 and 58.

It is therefore **ORDERED** that Garcia's Motion to Dismiss, (Dkt. #3), is **GRANTED**. Petitioner Madonna Nasser Adeeb Ramsis's claims against Garcia are **DISMISSED without prejudice**.

It is further **ORDERED** that this judgment disposes of all claims and issues and is final and appealable. All pending motions not previously ruled on are hereby **DENIED as moot**. All other relief not expressly granted herein is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil case.

So ORDERED and SIGNED this 24th day of May, 2022.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE